# Memorandum

Eastern District of Virginia
**United States Attorney's Office**



---

**Subject**
United States v. Matthew T. Deleo
and Stephen Griswold,
Criminal No. 2:16cr4

**Date**
February 25, 2016

**To**
Clerk's Office, Criminal Section
United States District Court
Eastern District of Virginia
Norfolk Division

**From**
Alyssa K. Nichol
Special Assistant United States
Attorney

Attached is a dismissal, with leave of court, of the indictment in the above-referenced case, as to defendants Matthew T. Deleo and Stephen Griswold.  Please present this dismissal to the Court.

Thanks very much for your assistance.

                                          Sincerely,

                                          _____/s/_____
                                          Alyssa K. Nichol
                                          Special Assistant United States Attorney